NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Law Office of Carol A. Sobel
Carol A. Sobel  SBN 84483
725 Arizona Ave., Ste. 300
Santa Monica, CA 90401
t. 310 393 3055

ATTORNEY(S) FOR: Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REX SCHELLENBERG, an individual Plaintiff,<br><br>Plaintiff(s),<br>v.<br>THE CITY OF LOS ANGELES, a municipal entity; DOES 1-10<br><br>Defendant(s) | CASE NUMBER:<br><br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for **Plaintiff** or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Rex Schellenberg | **Plaintiff** |
| City of Los Angeles | **Defendant** |

September 3, 2018                              *Carol A. Sobel* /s/
Date                                           Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff Rex Schellenberg

CV-30 (05/13)                   **NOTICE OF INTERESTED PARTIES**