# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rex Schellenberger | **CASE NUMBER** |
| | 2:18-cv-07670 CAS(PLAx) |
| v.     PLAINTIFF(S) | |
| The City of Los Angeles | **ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 16-05 (RELATED CASES)** |
| DEFENDANT(S). | |

## CONSENT

~~I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 16-05.~~

**TRANSFER ORDER DECLINED**

_____          S. James Otero
Date                              United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

The cases involve different plaintiffs, facts and damages.

9/19/18                          _S. James Otero_ (signature)
Date                              United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case   2:16-cv-01750 SJO(JPRx)   and the present case:

[✓] A. Arise from the same or closely related transactions, happenings or events; or
[✓] B. Call for determination of the same or substantially related or similar questions of law and fact; or
[✓] C. For other reasons would entail substantial duplication of labor if heard by different judges; or
[ ] D. Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge _____ to Magistrate Judge _____.

**TRANSFER ORDER DECLINED**

On all documents subsequently filed in this case, please substitute the initials _____ after the case number in place of the initials of the prior judge, so that the case number will read _____. This is very important because the documents are routed to the assigned judges by means of these initials

cc:  [ ] *Previous Judge*     [ ] *Statistics Clerk*

CV-34 (10/16)             ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 16-05  (Related Cases)