

November 21, 2018

L/O of Carol A. Sobel
725 Arizona Ave., Ste. 300
Santa Monica, CA 90401-1713


Claimant: Rex Schellenberger

The claim you submitted has been forwarded to the Office of the City Attorney in accordance with City Council rules. The number assigned to the claim is:

Claim Number: C19-02488

Correspondence or questions regarding the claim should be in writing and sent to:

> **Claims Section**
> **Office of the City Attorney**
> **200 North Main Street**
> **City Hall East, Room 600**
> **Los Angeles, California 90012**
> **(213) 978-7050**

EXHIBIT 2