|              |                                                        |
|-------------:|:-------------------------------------------------------|
| **From:**    | Gabriel Dermer <gabriel.dermer@lacity.org>             |
| **To:**      | Carol Sobel <carolsobel@aol.com>                       |
| **Subject:** | Re: Schellenberg v. City                               |
| **Date:**    | Wed, Dec 12, 2018 11:20 am                             |
| **Attachments:** | Stip.docx (26K)                                    |

Hi Carol,
 Thanks for sending this.  I still want to speak with you, but in the meantime will you please review and agree to the attached stipulation to extend the City's time to answer?  Thanks.

On Tue, Dec 11, 2018 at 7:53 AM <carolsobel@aol.com> wrote:
> Gabriel,
>
> Attached is a supplemental tort claim we filed on Mr. Schellenberg's behalf in early November.  All were unannounced seizures, whether he had almost no property, was present or not.  The HOPE officers know who he is so, in our view, is not a question of some "abandoned" property.  Also, I want to let you know that I did speak with Dominic Choi, LAPD Commander of HOPE, on two occasions about the original property confiscation and one of the more recent ones.
>
> I am in NY but I will call later today.
>
> Carol
>
> carolsobel@aol.com
> Carol Sobel
> 725 Arizona Avenue, Suite 300
> Santa Monica, CA 90401
>
>
> -----Original Message-----
> From: Gabriel Dermer <gabriel.dermer@lacity.org>
> To: Carol Sobel <carolsobel@aol.com>
> Sent: Mon, Dec 10, 2018 4:14 pm
> Subject: Re: Schellenberg v. City
>
> Thanks.  Feel free to call me when convenient, or let me know when I can speak with you.  Thanks.
>
> On Mon, Dec 10, 2018 at 4:11 PM carolsobel <carolsobel@aol.com> wrote:
>> Yes.
>>
>>
>> Sent from my Verizon, Samsung Galaxy smartphone
>>
>> -------- Original message --------
>> From: Gabriel Dermer <gabriel.dermer@lacity.org>
>> Date: 12/10/18 2:56 PM (GMT-05:00)
>> To: Carol Sobel <carolsobel@aol.com>
>> Subject: Schellenberg v. City
>>
>> Hello,
>>   This case just landed on my desk.  Can we please discuss?  Thanks.
>> --

EXHIBIT 3, PAGE 1

Gabriel S. Dermer  
Assistant City Attorney  
Office of the City Attorney  
200 N. Main Street, City Hall East  
Room 675  
Los Angeles, CA  90012  
Phone:  (213) 978-7558  
Fax:  (213) 978-7011  
Email: gabriel.dermer@lacity.org

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*Confidentiality Notice \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*  
This electronic message transmission contains information  
from the Office of the Los Angeles City Attorney, which may be confidential or protected by the attorney-client privilege and/or the work product doctrine. If you are not the intended recipient, be aware that any disclosure, copying,  
distribution or use of the content of this information is prohibited. If you have received this communication in error, please notify us immediately by e-mail and delete the original message and any attachments without reading or saving in any manner.  
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

--  
Gabriel S. Dermer  
Assistant City Attorney  
Office of the City Attorney  
200 N. Main Street, City Hall East  
Room 675  
Los Angeles, CA  90012  
Phone:  (213) 978-7558  
Fax:  (213) 978-7011  
Email: gabriel.dermer@lacity.org

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* Confidentiality Notice \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*  
This electronic message transmission contains information  
from the Office of the Los Angeles City Attorney, which may be confidential or protected by the attorney-client privilege and/or the work product doctrine. If you are not the intended recipient, be aware that any disclosure, copying,  
distribution or use of the content of this information is prohibited. If you have received this communication in error, please notify us immediately by e-mail and delete the original message and any attachments without reading or saving in any manner.  
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* \*\*\*\*\*\*\*

--  
Gabriel S. Dermer  
Assistant City Attorney  
Office of the City Attorney  
200 N. Main Street, City Hall East

Room 675
Los Angeles, CA  90012
Phone:  (213) 978-7558
Fax:  (213) 978-7011
Email: gabriel.dermer@lacity.org




**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* Confidentiality Notice \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***
This electronic message transmission contains information
from the Office of the Los Angeles City Attorney, which may be confidential or protected by the attorney-client privilege and/or the work product doctrine. If you are not the intended recipient, be aware that any disclosure, copying,
distribution or use of the content of this information is prohibited. If you have received this communication in error, please notify us immediately by e-mail and delete the original message and any attachments without reading or saving in any manner.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* \*\*\*\*\*\*\*\*

EXHIBIT 3, PAGE 3