UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| REX SCHELLENBERG, an individual<br><br>                    Plaintiff,<br><br>        v.<br><br>THE CITY OF LOS ANGELES, a municipal entity; DOES 1-10,<br><br>                    Defendant. | CASE NO. 2:18-cv-07670-CAS-PLA<br><br>**ORDER GRANTING STIPULATED PROTECTIVE ORDER**<br><br>Judge: Hon. Christina A. Snyder<br>Magistrate Judge: Hon. Paul L. Abrams |

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order (ECF No. 30) is **GRANTED**.

**IT IS SO ORDERED.**

Dated: July 16, 2019

_____
PAUL L. ABRAMS
United States Magistrate Judge

1