**CAROL A. SOBEL** SBN 84483
**MONIQUE A. ALARCON** SBN 311650
725 Arizona Avenue, Suite 300
Santa Monica, CA 90401
t. 310.393.3055
e. carolsobel@aol.com
e.monique.alarcon8@gmail.com

Attorneys for Plaintiff Rex Schellenberg

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REX SCHELLENBERG, an individual<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>THE CITY OF LOS ANGELES, a municipal entity, DOES 1-10,<br><br>　　　　　　　Defendant. | CASE NO.: 2:18-cv-07670-CAS-PLA<br>[*Assigned to the Hon. Christina A. Snyder*]<br><br>**STIPULATED REQUEST TO CONTINUE DATES TO COMPLETE ADR AND EXCHANGE EXPERT REPORTS**<br><br>Date: January 13, 2020<br>Time: none<br>Ctrm: 8B<br>Judge: Hon. Christina A. Snyder<br><br>Action filed: Sept. 3, 2018<br>Status Conf: March 2, 2020 |

STIPULATED REQUEST TO CONTINUE ADR COMPLETION AND EXPERT REPORT EXCHANGE

The parties to the above-captioned action submit this STIPULATED REQUEST TO CONTINUE ADR COMPLETION AND VACATE THE DATE FOR EXPERT REPORT EXCHANGES. Both events are currently set to occur on January 13, 2020.

The parties are engaged in settlement discussions and believe that they will reach agreement, avoiding the necessity to prepare for trial and provide information on experts. The parties require additional time to complete settlement discussions.

Accordingly, they request that the Court extend the time to complete ADR to and through February 28, 2020. The parties will be prepared to address the settlement at the Status Conference now set for March 2, 2020.

DATED: January 13, 2020          **LAW OFFICE OF CAROL A. SOBEL**

By: _____/s/_____
CAROL A. SOBEL
Attorneys for Plaintiff **SCHELLENBERG**

DATED: January 14, 2020          MICHAEL N. FEUER, CITY ATTORNEY
SCOTT MARCUS, Chief, Civil Litigation Branch
GABRIEL S. DERMER, ASST. CITY ATTORNEY
**FELIX LEBRON, DEPUTY CITY ATTORNEY**

By: _____/s/_____
FELIX LEBRON
Deputy City Attorney
Attorney for Defendant
**CITY OF LOS ANGELES**

All parties concur in the form and content of this filing and have authorized the use of their electronic signatures for filing this document. (L.R. 5-4.3.4(a)(2)(i))