**CAROL A. SOBEL** SBN 84483
**MONIQUE A. ALARCON** SBN 311650
725 Arizona Avenue, Suite 300
Santa Monica, CA 90401
t. 310.393.3055
e. carolsobel@aol.com
e.monique.alarcon8@gmail.com

Attorneys for Plaintiff Rex Schellenberg

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REX SCHELLENBERG, an individual<br><br>Plaintiff,<br><br>v.<br><br>THE CITY OF LOS ANGELES, a municipal entity, DOES 1-10,<br><br>Defendant. | **CASE NO.: 2:18-cv-07670-CAS-PLA**<br>[*Assigned to the Hon. Christina A. Snyder*]<br><br>**ORDER RE:**<br><br>**STIPULATED REQUEST TO CONTINUE DATES TO COMPLETE ADR AND EXCHANGE EXPERT REPORTS**<br><br>Date: January 13, 2020<br>Time: none<br>Ctrm: 8B<br>Judge: Hon. Christina A. Snyder<br><br>Action filed: Sept. 3, 2018<br>Status Conf: March 2, 2020 |

1  The parties to the above-captioned action submitted a STIPULATED REQUEST TO CONTINUE ADR COMPLETION AND VACATE THE DATE FOR EXPERT REPORT EXCHANGES.  Both events are currently set to occur on January 13, 2020.

The parties informed the Court that they are engaged in settlement discussions and believe that they will reach agreement, avoiding the necessity to expend time to provide information on experts in anticipation of going to trial.  The parties require additional time to complete settlement discussions.

Accordingly, they request that the Court extend the time to complete ADR to and through February 28, 2020.  The parties will be prepared to address the settlement at the Status Conference now set for March 2, 2020.

IT IS SO ORDERED**:** the time to complete settlement is now set for February 28, 2020.  If the parties are unable to reach settlement, the Court will set a new date for exchange of expert reports at the presently scheduled March 2, 2020 Status Conference.

DATED:  January 15, 2020

_____
HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

Lodged by:

**LAW OFFICE OF CAROL A. SOBEL**

By:  */s/*   Carol A. Sobel
CAROL A. SOBEL
Attorneys for Plaintiff **SCHELLENBERG**

ORDER RE: STIPULATED REQUEST TO CONTINUE ADR COMPLETION
AND EXPERT REPORT EXCHANGE