UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Case No.: **CV 18-7670-CAS (PLAx)**  Date: **March 20, 2020**

Title:  **Rex Schellenberg v. City of Los Angeles**

---

**PRESENT: THE HONORABLE   PAUL L. ABRAMS**
**UNITED STATES MAGISTRATE JUDGE**

| **Christianna Howard** | **N/A** | **N/A** |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFF:**  **ATTORNEYS PRESENT FOR DEFENDANT(S):**
NONE  NONE

**PROCEEDINGS:  (SETTLEMENT CONFERENCE)**

Settlement conference held and case settles.  Material terms of the settlement will be placed on the record at a date and time to be determined by the Court.  Plaintiff's counsel shall file the stipulated dismissal and related documents on or before April 3, 2020.  A courtesy copy of the stipulated dismissal shall be delivered to this Court's clerk.


cc:   Hon. Christina A. Snyder
      Counsel of Record

4 : 00

Initials of Deputy Clerk   ch