CAROL A. SOBEL  SBN 84483
WESTON ROWLAND  SBN 327599
LAW OFFICE OF CAROL A. SOBEL
725 Arizona Avenue, Suite 300
Santa Monica, CA 90401
t.  310 393-3055
e.  carolsobel@aol.com
e.  rowland.weston@gmail.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| REX SCHELLENBERG,<br><br>            Plaintiff,<br><br>   vs.<br>CITY OF LOS ANGELES,<br><br>            Defendant. | CASE NO.: 18-7670-CAS (PLAx)<br><br>**STIPULATED NOTICE OF SETTLEMENT**<br><br>Action Filed: Sept. 3, 2018 |

   On March 19, 2020, the parties in the above-captioned action participated in a telephonic settlement conference with the magistrate judge assigned to this case. The parties reached a settlement as follows: the City will pay a total sum of $64,000 in full settlement of all damages, fees and costs in this matter and Plaintiff will sign a general release of claims, including a waiver of California Civil Code section 1542 to be agreed to by the parties, and will dismiss the action with prejudice following the City's compliance with the terms of the settlement.

NOTICE OF SETTLEMENT - 1

The settlement is subject to final approval by the City of Los Angeles Claims Board. Because of the emergency situation created by COVID-19, the scheduled meetings of the Claims Board are cancelled until further notice.

The parties request that the Court enter the proposed settlement, subject to approval by the Claims Board and execution of a general release, and request that the Court continue its jurisdiction in this matter until the settlement is completed.

Plaintiff will file a Stipulation of Dismissal within 30 days of the Claims Board's final approval of the settlement or three days of receipt of payment, whichever is earlier. If the Claims Board does not approve the settlement, the parties will so advise the Court within 10 days of such decision.

DATED: March 23, 2020         LAW OFFICE OF CAROL A. SOBEL


                              By:        /s/
                                    CAROL A. SOBEL
                                    Attorneys for Plaintiffs


DATED: March 23, 2020         MICHAEL N. FEUER, CITY ATTORNEY
                              KATHLEEN KENEALY, CH. ASST. CITY ATTORNEY
                              SCOTT MARCUS, CH. CIVIL LITIGATION BRANCH,
                              GABRIEL S. DERMER, ASST. CITY ATTORNEY
                              **FELIX LEBRON, DEPUTY CITY ATTORNEY**


                              By:        /s/
                                    FELIX LEBRON
                                    Deputy City Attorney, Attorney for Defendant
                                    **CITY OF LOS ANGELES**

All parties concur in this filing and authorize use of their electronic signatures. (L.R. 5-4.3.4(a)(2)(i))