**CAROL A. SOBEL** SBN 84483                    **CLOSED**
**WESTON ROWLAND** SBN 327599
**LAW OFFICE OF CAROL A. SOBEL**
725 Arizona Avenue, Suite 300
Santa Monica, CA 90401
t. 310-393-3055
e. carolsobellaw@gmail.com
e. rowlandweston@gmail.com

ATTORNEYS FOR PLAINTIFFS

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA – CENTRAL DIVISION

| | |
|---|---|
| REX SCHELLENBERG, an individual,<br><br>               Plaintiff,<br><br>   v.<br><br>THE CITY OF LOS ANGELES, a<br>municipal entity, DOES 1-10.<br>               Defendants. | Case No. 2:18-cv-07670-CAS-PLAx<br><br>~~PROPOSED~~ **ORDER DISMISSING THE ACTION WITH PREJUDICE UPON COMPLETION OF SETTLEMENT**<br><br>Date:  None<br>Time: None<br>Ctrm:  8B<br>Hon. Christina A. Snyder<br><br>Action filed: September 3, 2018 |

The Court has reviewed the request filed by the Plaintiff to dismiss the
action with prejudice upon completion of the settlement.

The request is granted. The action is dismissed is dismissed with prejudice
in its entirety.

Dated: August 10, 2020

_____  *Christina A. Snyder*  _____.
UNITED STATES DISTRICT JUDGE

1